**Motion Granted; Appeal Dismissed and Memorandum Opinion filed December 6, 2022.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-22-00456-CV

---

**TOMMY LE, Appellant**

**V.**

**ERNESTO ANTONIO VILLATORO, Appellee**

---

**On Appeal from the 333rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-65323**

---

### MEMORANDUM OPINION

This is an appeal from an order signed March 15, 2022. On November 22, 2022, the parties filed an agreed motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We reinstate and dismiss the appeal.

PER CURIAM

Panel consists of Justices Wise, Jewell, and Poissant.